# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Peninsula Components, Inc., <br><br> Movant, <br><br> v. <br><br> Joseph Peplinski, <br><br> Respondent. | Court File No. _____ <br><br> **MOTION OF PENINSULA COMPONENTS, INC. TO COMPEL NON-PARTY JOSEPH PEPLINSKI TO TESTIFY AT A DEPOSITION AND PRODUCE DOCUMENTS** |

Pursuant to Rules 30, 37, and 45 of the Federal Rules of Civil Procedure, and Rules 7.1 and 37.1 of the Local Rules of the United States District Court for the District of Minnesota, Movant Peninsula Components, Inc. hereby moves to compel non-party Joseph Peplinski to testify at a deposition and produce documents based on his failure to comply with a subpoena for deposition testimony and documents served upon him in the underlying action, *Peninsula Components Inc. v. Penn Engineering & Manufacturing Corp.*, No. 25-cv-249 (E.D. Pa.).

This Motion is based on all the files, records, and proceedings herein, the supporting Memorandum of Law and Declaration filed contemporaneously, and arguments of counsel.

2

Dated:  February 18, 2026                **MASLON LLP**


By: */s/ Steven L. Schleicher*
    Steven L. Schleicher (#0260587)
    Stephanie Laws (#0396174)
225 South Sixth Street, Suite 2900
Minneapolis, MN  55402
(612) 672-8200
Email:   steve.schleicher@maslon.com
         stephanie.laws@maslon.com

ATTORNEYS FOR MOVANT PENINSULA COMPONENTS, INC.